# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **SHIRLEY JOHNSON,** | ) |
| **Plaintiff,** | ) |
| v. | ) |
| | ) CASE NO.  5:22-cv-01272-HNJ |
| **CLAYTON PROPERTIES GROUP, INC. d/b/a GOODALL HOMES,** | ) |
| **Defendant.** | ) |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(A)(ii) of the *Federal Rules of Civil Procedure*, Plaintiff Shirley Johnson and Defendant Clayton Properties Group, Inc. d/b/a Goodall Homes, by and through their undersigned counsel, hereby state that the parties have executed a confidential settlement agreement and stipulate to the dismissal of this action, with prejudice, each party to bear its own costs, expenses and attorneys' fees.

Dated: October 6, 2022.

*/s/ Daniel Thomas* (with permission via e-mail)
*Attorney for Plaintiff*

**OF COUNSEL:**
Daniel Thomas
1314 32nd Street South
Birmingham, AL 35205
Telephone: (205) 937-3119

*/s/ Stewart James Alvis*
*One of the Attorneys for Defendant Clayton Properties Group, Inc. d/b/a Goodall Homes*

**OF COUNSEL:**
Walter Dodgen, Esq. (DOD016)
Maynard, Cooper & Gale, P.C.
655 Gallatin Street SW

danielthomasesquirellc@gmail.com

*Attorney for Plaintiff*

Huntsville, AL 35801
Telephone: (256) 551-0171
tdodgen@maynardcooper.com

Stewart James Alvis
Maynard, Cooper & Gale, P.C.
1901 Sixth Avenue North
Suite 1700
Birmingham, AL 35203
Telephone: 205.254.1000
salvis@maynardcooper.com

*Attorneys for Defendant Clayton Properties Group, Inc. d/b/a Goodall Homes*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a copy of the foregoing has been served upon the following either via the CM/ECF system which will send electronic notification to counsel, or via U.S. Mail, postage pre-paid, on October 6, 2022:

Daniel Thomas
1314 32nd Street South
Birmingham, AL 35205
(205) 937-3119
danielthomasesquirellc@gmail.com
*Attorney for Plaintiff*


                */s/ Stewart James Alvis*
                **OF COUNSEL**