FILED
2022 Oct-06  PM 02:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATE DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### NORTHEASTERN DIVISION

| | |
|---|---|
| SHIRLEY JOHNSON, )<br>)<br>  Plaintiff, )<br>)<br>v. )<br>)<br>GOODALL HOMES, )<br>)<br>  Defendant. ) | Case No.: 5:22-cv-1272-HNJ |

## MINUTE ENTRY OF STIPULATED DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties jointly stipulated to the dismissal of all claims in this action **WITH PREJUDICE**, costs are taxed as paid.

At the direction of the Court, this case is **CLOSED**.

DATED: October 6, 2022

SHARON N. HARRIS, CLERK

By: __A. Ingleright__
    Deputy Clerk